IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **FOSSIL RIDGE ROOFING &** | § | |
| **CONSTRUCTION, LLC,** *et al.* | § | |
| | § | |
| **v.** | § | **NO. 4:26-CV-00060-BD** |
| | § | |
| **CODY BOREN** | § | |

## ORDER

Plaintiffs Fossil Ridge Roofing & Construction, LLC; Norman O'Neal; and Shawana O'Neal sued Cody Boren for defamation and business disparagement. Dkt. 1 at 10–14. Proceeding pro se, Boren moved to dismiss the complaint for lack of subject-matter jurisdiction and for failure to state a claim. Dkt. 8; *see* Dkt. 12 (response). He argues that the court lacks diversity jurisdiction because the amount-in-controversy requirement is not satisfied. Dkt. 8 at 2–3. Nevertheless, he argues that the court should dismiss the complaint for failure to allege falsity, an element of the plaintiffs' claims. *Id.* at 3–6. He also asks the court to sanction the plaintiffs for bringing this action for an improper purpose. *Id.* at 6–8.

Fourteen days after Boren filed his motion, the plaintiffs filed an amended complaint as a matter of course. Dkt. 11; *see* Fed. R. Civ. P. 15(a)(1) (providing that a plaintiff may amend its complaint "once as a matter of course no later than . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier"). The amended complaint clarifies that the court's amount-in-controversy requirement is satisfied. Dkt. 11 at 2, 13–16. It did not adopt or incorporate the original complaint, so it superseded that complaint. *New Orleans Ass'n of Cemetery Tour Guides & Cos. v. New Orleans Archdiocesan Cemeteries*, 56 F.4th 1026, 1033 (5th Cir. 2023). *But see* Dkt. 11 at 3 (incorporating the exhibits attached to the original complaint). For that reason, Boren's motion to dismiss the original complaint is moot. *See id.*

It is **ORDERED** that:

1) Boren's motion to dismiss, Dkt. 8, is **DISMISSED** as moot; and

2) within 14 days of the docketing of this order, Boren may file a pleading responsive to, or a motion challenging, the amended complaint.

So **ORDERED** and **SIGNED** this 3rd day of June, 2026.

Bill Davis
United States Magistrate Judge