**AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

**UNITED STATES DISTRICT COURT**
for the
**Eastern District of Texas — Sherman Division**

FOSSIL RIDGE ROOFING & CONSTRUCTION, LLC,
NORMAN O'NEAL, and SHAWANA O'NEAL,

Plaintiffs,

v.

CODY BOREN,

Defendant.

**Civil Action No. 4:26-CV-00060-BD**
(E.D. Tex., Sherman Division)

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

**To:** Spencer Johnson, a/k/a "Spencer Olczak"
c/o DroneGurus / The Ain Center for Entrepreneurship, University of Rochester
500 Joseph C. Wilson Blvd, Rochester, NY 14627
*Note to process server: Personal service should be attempted on Spencer Johnson at the business address above during regular business hours. If personal service cannot be effected there, please attempt service at any other address or location where Spencer Johnson can be found, including through professional address-verification (skip-trace) resources, and report the results of your efforts to the undersigned.*

**Production:** YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit their inspection, copying, testing, or sampling of the material: the categories of records described in Attachment A, attached and incorporated by reference.

| **Place:** | **Date and Time:** |
|---|---|
| Rochester, New York (within 100 miles of where the recipient resides, is employed, or regularly transacts business, per Fed. R. Civ. P. 45(c)(2)(A)) Production may instead be made by mail or secure electronic transfer to Cody Boren, 129 Highland Drive, Durant, OK 74701 / cbram88@gmail.com, in lieu of an in-person production location, if agreeable to the recipient. | October 16, 2026 at 10:00 am |

The provisions of Fed. R. Civ. P. 45(c), (d), (e), and (g) are attached.

Date: September 28, 2026

CLERK OF COURT

______________________________

*Signature of Clerk or Deputy Clerk*

OR

________________________________
*Signature of Attorney or Party Issuing Subpoena*
Cody Boren, Defendant, appearing pro se

The name, address, e-mail address, and telephone number of the party issuing or requesting this subpoena are:

Cody Boren
129 Highland Drive, Durant, OK 74701
cbram88@gmail.com | (903) 815-0270

***Notice to the person who issues or requests this subpoena:*** *If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of this subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).*

**Proof of Service**

I received this subpoena for (name of individual and title, if any) ________________________________

on (date) _______________ .

□ I served the subpoena by delivering a copy to the named person as follows:

________________________________

________________________________ on (date) _______________ ; or

□ I returned the subpoena unexecuted because: ________________________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _______________ .

My fees are $ _______________ for travel and $ _______________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _______________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

**Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)**

**(c) Place of Compliance.**

(1) For a Trial, Hearing, or Deposition. A subpoena may command a person to attend a trial, hearing, or deposition only as provided in Rule 45(c)(1)(A)–(B).

(2) For Other Discovery. A subpoena may command: (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) Avoiding Undue Burden or Expense; Sanctions. A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) Command to Produce Materials or Permit Inspection. (A) Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial. (B) Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served.

(3) Quashing or Modifying a Subpoena. (A) When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that: (i) fails to allow a reasonable time to comply; (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c); (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or (iv) subjects a person to undue burden.

**(e) Duties in Responding to a Subpoena.**

(1) Producing Documents or Electronically Stored Information. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(g) Contempt.**

The court for the district where compliance is required — and also, after a motion is transferred, the issuing court — may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

**ATTACHMENT A**
**Records Requested**

This subpoena is directed to you because you appear, together with Rock Carter, in a photograph Mr. Carter personally posted publicly to his own Facebook account, in which his own caption thanks Plaintiffs Norman O'Neal and Shawana O'Neal by their full names for their support of the individuals pictured with him. Plaintiffs themselves have sworn, in their August 10, 2026 Supplemental Interrogatory Responses in this action, that Mr. Carter is presently "associated with the company" performing "Marketing/Advertising" for Plaintiff Fossil Ridge Roofing & Construction, LLC. Defendant Cody Boren, appearing pro se, issues this subpoena based on this and other documentary evidence in his possession showing you have discoverable information relevant to claims and defenses in the above-captioned action. For the period January 1, 2025 through the present, produce the following, to the extent within your possession, custody, or control:

1. **All communications (including but not limited to text messages (SMS/MMS/iMessage/RCS), Facebook Messenger, Instagram Direct Messages, WhatsApp, Snapchat, TikTok messages, Discord, e-mail, voicemails, call logs, and any other written, oral, or recorded communications, regardless of platform, application, or medium) with Norman O'Neal, Shawana O'Neal, Rock Carter, Build Trust Technologies, or any employee or representative of Fossil Ridge Roofing & Construction, LLC, concerning: (a) Cody Boren, his residence, or his business "Dapper Details"; (b) any visit, appointment, service call, or observation at Cody Boren's residence or place of business; or (c) the roofing/restoration project at 2117 Mason Street, Durant, Oklahoma ("the Mason Street property"), Amy Hamilton, or Fossil Ridge's work there.**
2. **All communications describing or reflecting the nature of your relationship (whether as an employee, independent contractor, business partner, or otherwise) with Norman O'Neal, Shawana O'Neal, Rock Carter, or Fossil Ridge Roofing & Construction, LLC.**
3. All records reflecting any payment received from Norman O'Neal, Shawana O'Neal, Rock Carter, Fossil Ridge Roofing & Construction, LLC, or Build Trust, by any method (cash, check, Venmo, Cash App, Zelle, Stripe, or otherwise), including the date, amount, and stated purpose of each payment.
4. **All photographs, videos, notes, or communications made or sent by you concerning your visit(s) to Cody Boren's residence or place of business, including anything observed, photographed, or recorded about the property.**
5. All communications with Cody Boren, and all reviews, comments, or posts made by you (or caused by you to be made) concerning Cody Boren or "Dapper Details," whether under your own name or any other name.
6. Your current mailing address, telephone number(s), and e-mail address(es).
7. Any other documents, communications, photographs, videos, or information in your possession, custody, or control concerning Cody Boren, his residence, his business, the Mason Street property, or any of the individuals or entities named above.